```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALTZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
RYAN WATERS (Cal. Bar No. 268015)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3111
     Facsimile: (213) 894-0142
     E-mail:    Ryan.Waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:23-cv-02935 |
|---|---|
| Plaintiff, | |
| v. | **WARRANT** |
| EIGHTY-SEVEN GOLD BARS AND COINS, | |
| Defendant. | |

TO: UNITED STATES CUSTOMS AND BORDER PROTECTION

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you attach Eighty-Seven Gold Bars and Coins, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must

file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

                              KIRY K. GRAY, Acting Clerk of Court

                              _____
                              Deputy Clerk