E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
Ryan Waters (Cal. Bar No. 268015)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3111
    Facsimile: (213) 894-0142
    E-mail: Ryan.Waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EIGHTY-SEVEN GOLD BARS AND COINS,<br><br>    Defendant. | No. CV 23-02935-JAK-MRW<br><br>**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff United States of America hereby submits its Response to the Court's Order to Show Cause issued June 13, 2023.

1. On April 19, 2023, the government filed a Verified Complaint for Forfeiture as to the defendant Eighty-Seven Gold Bars and Coins.

2. Beginning on April 24, 2023, Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. In accordance with Supplemental Rule G(5), all interested parties who have not received direct notice must file a claim no later than 60 days after the first day of publications of an official internet government forfeiture site and an answer within 21 days thereafter. The first day of publication of this action on the government forfeiture site was April 24, 2023. Accordingly, the publication time to file a claim and answer for all interested parties expires on June 23, 2023 and July 14, 2023, respectively.

4. On April 27, 2023, the government served copies of the complaint on potential claimants and petitioners by mail. In accordance with Supplemental Rule G(5), the deadline to file claims was June 1, 2023 and the deadline to file answers is June 22, 2023.

5. On May 17, 2023, the government learned that the previously attempted service of process on potential claimant American Express Company was unsuccessful. Therefore, on May 18, 2023, the government served a copy of the complaint on American Express Company by mail. In accordance with Supplemental Rule G(5), the deadline to file a claim for American Express Company is June 22, 2023 and the deadline to file an answer is July 13, 2023.

6. The government intends to file an application requesting an entry of default should no claims or answers be filed by the respective deadlines.

7. Since the respective deadlines for potential claimants to file answers have not passed yet, the government respectfully requests that the Court discharge the Order to Show Cause.

DATED: June 14, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/ Ryan Waters
Ryan Waters
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA