# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EIGHTY-SEVEN GOLD BARS AND COINS,<br><br>            Defendant. | No. 2:23-cv-02935-JAK (MRWx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

On April 19, 2023, the Government filed a Verified Complaint for Forfeiture as to the defendant, Eighty-Seven Gold Bars and Coins ("Defendant"), pursuant to 18 U.S.C. § 981(a)(1)(C). A Default by Clerk was entered on July 27, 2023, against the interests of Karen Sargsyan, Robert Aslanyan, Bank of America, N.A., Capital One Bank (USA), N.A., Discover Financial Services, Golden 1 Credit Union, JP Morgan Chase Bank, N.A., Pentagon Federal Credit Union, Synchrony, USAA Federal Savings Bank, American Express Company, and all other potential claimants.

The Court having been duly advised of and having considered the matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Notice of this action has been given in the manner required by law. No Claim or Answer was filed in this action by any claimant. The Court deems that all potential claimants, including Karen Sargsyan, Robert Aslanyan, Bank of America, N.A., Capital One Bank (USA), N.A., Discover Financial Services, Golden 1 Credit Union, JP Morgan Chase Bank, N.A., Pentagon Federal Credit Union, Synchrony, USAA Federal Savings Bank, and American Express Company admit the allegations of the Verified Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Karen Sargsyan, Robert Aslanyan, Bank of America, N.A., Capital One Bank (USA), N.A., Discover Financial Services, Golden 1 Credit Union, JP Morgan Chase Bank, N.A., Pentagon Federal Credit Union, Synchrony, USAA Federal Savings Bank, and American Express Company in the Defendant.

5. The Defendant shall be and hereby is forfeited to the United States of America, which shall dispose of the Defendant in the manner required by law.

**IT IS SO ORDERED.**

Dated:  September 18, 2023

_____
John A. Kronstadt
United States District Judge